| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | David D. Kadue (SBN 113578) |
| 2 | dkadue@seyfarth.com |
|   | Colleen M. Regan (SBN 120284) |
| 3 | cregan@seyfarth.com |
|   | 2029 Century Park East, Suite 3500 |
| 4 | Los Angeles, California 90067-3021 |
|   | Telephone: (310) 277-7200 |
| 5 | Facsimile: (310) 201-5219 |
| 6 | Attorneys for Defendant |
|   | THE WELLPOINT COMPANIES, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSUE TALAMANTEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,, | ) ) ) | Case No. CV12-08058 RGK (JCx) |
| Plaintiff, | ) ) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| v. | ) ) | (LOCAL RULE 7.1-1) |
| THE WELLPOINT COMPANIES, INC., a Indiana Corporation; and Does 1 through 50, Inclusive,, | ) ) ) ) | (Los Angeles County Superior Court Case No. BC 489001) |
| Defendants. | ) ) | *Complaint Filed: August 3, 2012* |

## TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The undersigned counsel of record for The WellPoint Companies, Inc., certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Certification and Notice of Interested Parties
14849105v.1

Interested Parties:

    1.    Plaintiff Josue Talamantez; and

    2.    The WellPoint Companies, Inc.

DATED: September 18, 2012    Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
David D. Kadue
Attorneys for Defendant
THE WELLPOINT COMPANIES, INC.

Certification and Notice of Interested Parties
14849105v.1

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )   ss
COUNTY OF LOS ANGELES     )

   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On September 18, 2012, I served the within documents:

**CERTIFICATE AND NOTICE OF INTERESTED PARTIES**

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

[ ]  by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Blumenthal, Nordrehaug & Bhowmik
Norman B. Blumentahl
2255 Calle Clara
La Jolla, CA 92037
Tel: (858) 551-1223
Fax: (858) 551-1232

   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

   I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

   Executed on September 18, 2012, at Los Angeles, California.

_____
Jodi Snyder

14849152v.1