1  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
      Norman B. Blumenthal (State Bar #068687)
2     Kyle R. Nordrehaug (State Bar #205975)
      Aparajit Bhowmik (State Bar #248066)
3  2255 Calle Clara
   La Jolla, CA 92037
4  Telephone: (858)551-1223
   Facsimile: (858) 551-1232
5  Firm Website: http://www.bamlawca.com

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE TALAMANTEZ, an individual on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WELLPOINT COMPANIES, INC., an Indiana Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants | Case No. **12-CV-08058 RGK (JCx)**<br>(Class Action)<br><br>STIPULATION FOR RELIEF FROM LOCAL RULE 23-3<br><br><br><br>Action Filed:     August 3, 2012 |

Plaintiff Josue Talamantez ("Plaintiff") and Defendant The Wellpoint Companies, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate, agree, and jointly request that the Court issue an order as follows:

1  WHEREAS, Plaintiff Talamantez ("Plaintiff") filed his class action Complaint ("Complaint") against Defendant on or about August 3, 2012 and served Defendant on August 20, 2012;

4  WHEREAS, on September 18, 2012, Defendant removed the action to the United States District Court for the Central District of California;

6  WHEREAS, Local Rule 23-3 requires Plaintiff to "within 90 days after service of a pleading purporting to commence a class action...file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court;"

9  WHEREAS, Plaintiff cannot move for class certification in advance of the Local Rule 23-3 deadline because discovery is stayed under Rule 26(f) and the motion cannot reasonably be completed within the Local Rule 23-3 deadline;

12  NOW, THEREFORE, Plaintiffs and Defendant, through their respective counsel of record, stipulate and request as follows:

14  Subject to Court approval the Parties agree that the automatic timing requirements of Local Rule 23-3 shall not apply in this case and, instead, pursuant to the "unless otherwise ordered" provision of Local Rule 23-3, a customized schedule for addressing a schedule for class certification in this case shall be addressed by the Parties at the early meeting of counsel in advance of the first status conference and be set as part of the initial scheduling order under Rule 16(b) of the Federal Rules of Civil Procedure.

20  **IT IS SO STIPULATED AND AGREED.**

21  DATED: October 2, 2012         BLUMENTHAL, NORDREHAUG & BHOWMIK

23                                 By:  */s/ Aparajit Bhowmik*
                                        Aparajit Bhowmik
                                        Attorneys for Plaintiff

25  DATED: October 2, 2012         SEYFARTH SHAW LLP

27                                 By:  */s/ David Kadue*
                                        David Kadue
                                        Attorneys for Defendant

28  K:\D\Dropbox\Pending Litigation\Wellpoint - Talamantez\p-Stipulation re LR 23-3-FINAL.wpd