UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE TALAMANTEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE WELLPOINT COMPANIES, INC., a Indiana Corporation; and Does 1 through 50, Inclusive,<br><br>    Defendant. | CASE No. 12-CV-08058 RGK (JCx)<br><br>[PROPOSED] JUDGMENT CONFIRMING FINAL ARBITRATION AWARD<br><br>Hearing Date:    February 2, 2015<br>Hearing Time:    9:00 a.m.<br>Courtroom:       850<br><br>Judge:    Hon. R. Gary Klausner |

The parties having settled this action and the Arbitrator having entered a Final Award approving the class settlement, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

The Final Award is confirmed in accordance with 9 U.S.C. § 9, and Judgment is hereby entered in accordance with the Final Award. The parties are ordered to perform the terms of the Final Award and the Joint Settlement Agreement and Release ("Settlement Agreement").

Until such time, and without affecting the finality of this Judgment and the order confirming the Final Award, the Court shall retain jurisdiction to construe, interpret, implement, and enforce the Final Award.

**LET JUDGMENT BE FORTHWITH ENTERED ACCORDINGLY.**

Dated: FEB 9 2015

BY ORDER OF THE COURT
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA